**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00049-CV

### IN RE CATHERINE KARLSENG, Appellant

**Original Proceeding from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-14206-K**

## ORDER

Before the Court are the motion of Relator, Catherine Karlseng, for emergency relief and the petition of Relator, Catherine Karlseng, for writ of mandamus. The Court requests that Real Parties in Interest and Respondent file any responses to motion for emergency relief and to the petition for writ of mandamus by January 23, 2014.

/s/    ELIZABETH LANG-MIERS
          JUSTICE